EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-60636-CIV-COHN/SELTZER

SIGNAL TECHNOLOGY, INC.,

Plaintiff,

vs.

PENNSUMMIT TUBULAR, LLC,

Defendant.
_____/

## WRITTEN REPORT OF EXPERT TESTIMONY

I, G. Fred Willard, Ph. D., Chemir Analytical Services, pursuant to Federal Rule of Civil Procedure 26 (a)(2)(B), submit this written report of my expert testimony, as follows:

1.  A complete statement of all opinions the witness will express and the basis and reasons for them.

Response:

This proceeding involves the premature paint delamination of mast arms installed by Signal Technology, Inc. at two locations in the Fort Lauderdale, Florida, i.e., the Oakland Park Boulevard Project and the Powerline Road Project. The mast arms consist of an upright and an arm which were supplied by PennSummit Tubular, LLC. PennSummit subcontracted the galvanizing and painting of the mast arms to a galvanizing company and two different coating/painting companies. The mast arms were required to be fabricated, galvanized and painted in compliance with Florida Department of Transportation (FDOT) written specifications. The written specifications require galvanizing to be performed in accordance with ASTM A123 using a method which will provide a method suitable for subsequent painting. Surfaces for painting must be prepared pursuant to ASTM D6386. In particular, the galvanized surfaces, prior to painting, must be cleaned to remove zinc oxide and zinc hydroxide, followed by profiling, to create a rough surface to allow bonding of the paint.

Several efforts were undertaken by others prior to the employment by this expert witness to determine the root cause of the paint delamination, described below:

a. In August 2006, PennSummit directed Wes Williams to inspect 26 mast arms delivered in April 2006 to the Oakland Park Boulevard Project by PennSummit and to

investigate paint delamination. Some structures had been erected but others were still laying on the ground. Mr. Williams observed paint blistering, paint peeling, repaired blisters, no primer adhesion, white galvanizing rust and some physical damage due to handling. Mr. Williams found no evidence of blistering on upright sections and recommended erecting the arm sections after the blisters were repaired.

b. Tnemec Company Incorporated, suppliers of the paint, analyzed failed coating samples in September 2006 and April 2008 from the Oakland Park Boulevard Project. Tenemec found in the September 2006 report fine, foreign debris particles along with clear chrystaline and what appeared to be mineral deposits, embedded within as well as laying atop the series 161 primer. Tenemec also found compounds resembling zinc hydroxide deposits. Tenemec also found the imprints of the spangle of the galvanized pattern on the chip samples, which indicated that abrasive blasting did not adequately occur. Some chips displayed the rough look also associated with uneven growth and thickness of alloy layers. Also seen was a non-uniform film development of the series 73 paint, the top coat. Another Tenemec report dated April 14, 2008, relating to samples submitted by the City of Oakland Park indicated that rust had begun to form on the exposed galvanized steel.

c. Coatings Consultants, Inc. visited the Oakland Park Boulevard project in order to conduct a site examination and to determine the cause of coating delamination on about May 31, 2008. Coatings Consultants reported mast arm uprights had developed blisters and peeling paint, and some uprights were noted to have been spot painted while others were noted to have been stripped and refinished. Coatings Consultants' visual inspection indicated that there was widespread coating delamination and degradation of the underlying galvanizing of mast arms uprights and arms. Where the delamination had occurred, Coatings Consultants reported there was severe corrosion with the galvanizing being consumed and the underlying steel rusting. Large blisters contained a large volume of corrosion product. Coating adhesion was variable. Weldon Laboratories' report, attached to the Coatings Consultants report, found that the thickness of the primer and top coat was as specified. The conclusion was reached by Coating Consultants that either galvanizing was defective or some external influence, such as electrochemical action due to stray electrical currents had caused the accelerated degradation of the galvanizing. The presence of chlorides was ruled out.

A more recent analysis of the paint delamination issue was conducted by this expert witness (through Chemir Analytical Services). Mast arms used to support highway signalization located in the Fort Lauderdale, Florida area were sampled for laboratory testing at the Oakland Park Boulevard Project and the Powerline Road Project. It was observed that there was significant paint peeling on all painted and galvanized steel uprights and arms that were installed on the Oakland Park Boulevard Project and all galvanized steel uprights and the one arm that were replaced after Hurricane Wilma (circa 2005) on the Powerline Road Project. The peeling paint appeared to begin with a blister. Also the paint around blistered areas appeared to adhere better further away from the edge. Four core samples were pulled from mast arms and tested for the Oakland Park Boulevard Project, and another four core samples were pulled from mast arms

and tested for the Powerline Road Project, using a hole saw. These samples were subjected to laboratory analysis to determine the root cause of peeling paint. It was found that the galvanized steel substrate was painted with the red primer followed by a black top coat. Analysis showed that the paint was peeling at the red primer and zinc bridge surface interface. A powdery residue found under the primer was determined to consist of some zinc oxide and mostly zinc hydroxide. Also it was found that the paint primer coat and top coat thickness were within the FDOT specifications. An exposed area showing a brownish red surface was found to have zinc carbonate and iron oxide (rust).

Duplex systems consist of painted galvanized steel. There is a synergistic effect that can be achieved by painting galvanized steel that would extend the lifetime of a duplex system due to superior corrosion control. Zinc coated steel (galvanized) immediately starts corroding as soon as it is formed. This corrosion process slowly passes through the stages of zinc metal, zinc oxide, zinc hydroxide and then zinc carbonate when exposed to normal atmospheric conditions. Galvanized steel can be painted within 48 hours assuming light abrasion blasting to clean the surface of zinc oxide. After 48 hours, and up to two years later, galvanized steel referred to as partially weathered needs to be cleaned and profiled prior to painting to remove zinc oxide and zinc hydroxide. Cleaning can involve alkaline solutions, ammonia cleaning and solvent cleaning. Profiling can be done using an abrasive sweep or brush blast. If the galvanized surface is allowed to be exposed to the environment for over two years, the surface will contain mostly zinc carbonate, which can be painted with minimum cleaning and profiling.

Most failures of duplex systems, that is paint applied over galvanized steel, can be traced to three things: overblasting, paint thickness, or poor surface preparation. Overblasting, that is, the removal of too much zinc from the surface, can be indicated by rust spots under the coating along with corrosion product. Corrosion products were found under the coating by several laboratories but no rust spots were found. Therefore, overblasting is not a likely cause for the failure in this case. Paint thicknesses were verified by several laboratories reviewing paint samples, so again paint thickness does not seem to be a significant contributor to the failure (unless there is other evidence of paint thickness problems of which I have not been made aware). There might be some variability in the paint thicknesses over all the mast arms but there was insufficient data to address the issue. Poor surface preparation can mean that zinc oxide and zinc hydroxide were on the surface when the structure was painted. The coating appeared to adhere to the mast arm surface, at least initially, but almost immediately began to peel off during installation. Paint adheres to the zinc oxide and zinc hydroxide material, so it easily begins to peel as soon as these materials separate from the zinc coating. Zinc oxide and zinc hydroxide continue to form as long as oxygen and moisture are available.

Galvanized surfaces, when in contact with one another in moist conditions, can form what is called white rust. When there is limited oxygen and some moisture present on the zinc surface, the rapid formation of zinc hydroxide occurs. If this water soluble hydroxide remains rather stable under these conditions of low oxygen and some moisture, zinc ions constantly leave the zinc coating to be bound to water, thus accelerating corrosion. The limitation of access oxygen is also a limitation of access to carbon dioxide and this hinders conversion of the zinc hydroxide to the protective zinc carbonate.

Other laboratories commented on the rapid rate of corrosion, but did not formulate any reasonable explanation. The white rust phenomenon can be applied to this situation and it explains the observed high rate of corrosion and the formation of primarily zinc hydroxide as the corrosion product. There was zinc oxide and zinc hydroxide on the surface of the zinc when the metal was primed due to inadequate preparation. Zinc hydroxide especially would most likely retain a small amount of surface moisture due to its ability to hydrogen bond with water. When the primer was applied an ideal situation was created for the formation of zinc hydroxide. There was moisture present and a very limited amount of oxygen (and carbon dioxide) since the paint acted as the barrier for the migration of water, oxygen and carbon dioxide. More and more zinc hydroxide was formed as moisture under the primer coating attacked the zinc surface. As zinc hydroxide forms, it expanded in volume relative to the metal from which it was made so it could create a blister as the paint was pushed away. This blister, which was observed on arms even during installation, grew until it eventually cracked and opened allowing the moist atmosphere to enter. Now the corrosion could expand along the edges of any blisters where water and oxygen can penetrate more easily. The observation was made that the paint tended to lose adhesion along the edge of the blisters, but would adhere better further from the blister edge. This observation is consistent with water penetrating along the edges to cause zinc hydroxide to form. This process of infiltration along blister edges lead to the loss of major areas of paint at a random pattern in a relatively short period of time.

The following are my opinions based upon a reasonable degree of scientific certainty:

1. The corrosion of subsequent paint peeling issue on the mast arms installed on the two Fort Lauderdale area projects at issue are not due to handling damage during shipping and installation.
2. The root cause of the peeling paint issue is that the mast arms were not properly surface prepared prior to painting according to the Florida Department of Transportation Specifications as detailed in the ASTM Test Method D6386.
3. Zinc oxide and zinc hydroxide on the galvanized surface were not sufficiently removed during the cleaning and abrasive blasting process prior to painting. The primer layer adhered to these zinc corrosion products was pushed away as more of these voluminous materials formed creating blisters.
4. The random formation of multiple blisters beginning almost immediately after painting indicates the ongoing corrosion process. This corrosion process is similar to the formation of white rust due to the presence of moisture and limited oxygen.
5. Zinc hydroxide, which is water soluble, continues to form under a blister due to attack to the zinc surface under the primer paint. As the primer paint releases from the galvanized surface, the blister grows. As soon as the blister breaks, allowing ready access of air and moisture to react around the perimeter of the blister, thus allowing ready access to moisture, oxygen and carbon dioxide to continue the corrosion process.
6. The painter may have thought the galvanized parts were freshly prepared, which was not the case, and therefore the painter may have treated the parts as newly galvanized parts and, hence, did not prepare the surface as one would do for a partially weathered surface.
7. It is understood that the galvanized mast arms (uprights and arms) may have been quenched in a water bath in the galvanizing process. Quenching in water may have added

contamination to the zinc surface and may have resulted in a smoother surface. These two conditions certainly would make preparing the surface for painting more difficult.
8. Paint thicknesses would have an influence on the corrosion issue but no data was provided to this expert witness to show any correlation of paint thickness to the corrosion issue. In fact, all laboratories essentially found the primer thickness and top coat thickness of the samples to be within the specifications.
9. Exposure to stray electrical currents is not a viable explanation for the corrosion found in this case because arms not exhibiting peeling paint that were attached to uprights with peeling paint issues did not then ever exhibit problems.

Within a reasonable degree of scientific certainty, it appears that the peeling paint issue is due to inadequate preparation of the galvanized parts prior to painting, and thus not complying with the contractual technical specifications including ASTM Standards cited above. Zinc oxide and zinc hydroxide were present when the primer was applied, creating conditions suitable for the rapid corrosion of the zinc surface under the primer due to the presence of moisture and limited oxygen. The formation of primarily zinc hydroxide leads to blister formation randomly over the painted surfaces. These blisters resulted in paint loss and contributed to further corrosion by exposing the zinc surface to the environment.

Where steel corrosion products such as iron oxide have compromised the steel of the mast arms, the entire structure must be removed and replaced in accordance with Florida Department of Transportation requirements. If the galvanizing and/or painting fails to meet the Florida Department of Transportation specifications (including the ASTM Standards cited therein) without the compromise as reflected in the sentence immediately above, the galvanizing and/or painting which does not meet the specifications must be removed and replaced in accordance with Florida Department of Transportation requirements.

2. The data or other information considered by the witness in forming them.

Response:

1. Florida Department of Transportation Standard Specifications for Road and Bridge Construction (2004), Sections 560, 649 (Steel Strain Poles, Steel Mast Arm and Monotube Assemblies)
2. ASTM Standards Test Method A 123/A 123M-09
3. ASTM Standards Test Method D6386
4. Wes Williams "Williams On-Site Welding Field Report" August 7, 2006 (PennSummit Bate Stamp 00193-00194)
5. Tenemec Company Incorporated Report from Joe Davis to Lee Zeigler and Michael Woodward "Oakland Park Blvd. and Inverrary Blvd. Light Poles in Florida" September 19, 2006 (PennSummit Bate Stamp 00319-00320)
6. Tenemec Company Incorporated Report from Brian Hanks to Michael Woodward and Lee Zeigler "Oakland Park Blvd. Light Poles-Oakland Park, FL" April 14, 2008 (PennSummit Bate Stamp 00321)

7. Report to Rob French of Ed French Painting by Robert L. Cusumano, Coatings Consultants, Inc. "Examination of PennSummit Traffic Signal Poles" May 31, 2008 (Exhibit 7, 5-27-10)
8. Report to Ed French Painting by Robert L. Cusumano, Coatings Consultants, Inc., Appendix B Weldon Laboratories Report, May 27, 2008 (PennSummit Bate Stamp 00327-00358)
9. Chemir Analytical Services Report "Failure Investigation-Galvanized Surface of the Steel Uprights and Mast Arms" Project 77704, June 1, 2010
10. Kimberlie J. Dunham "Preparing Hot Dip Galvanizing Steel Surfaces for Painting or Powder Coating: A Primer", http://www.galvanizeit.org/images/uploads/articles/paintprep.pdf
11. "Practical Guide for Preparing Hot Dip Galvanized Steel for Painting" www.galvanizeit.org
12. Paul Vinik and Richard A. Burgess "Coating Failures on Painted Galvanized Mast Arms", Internet.
13. Thomas J. Langill " Painting over Hot Dip Galvanized Steel", American Galvanizers Association. www.galvanizeit.org
14. "Wet Storage Stain (White Rust)", Internet.
15. Florida Department of Transportation published repair procedure of April 6, 2006, Traffic Signal Mast and Mast Arm Repair and Replacement Procedures and thereafter

3. Any exhibits that will be used to summarize or support them.

Response:

See response to Paragraph No. 2 above.

4. The witness's qualifications, including a list of all publications authored in the previous 10 years.

Response:

See attached Exhibit A.

5. A list of all other cases in which, during the previous four years, the witness testified as an expert at trial or by deposition.

Response:

See attached Exhibit A.

6. A statement of the compensation to be paid for the study and testimony in the case.

Response:

See attached Exhibit A, total compensation $20,000+.

                      G. Fred Willard, Ph. D.
                      Chemir Analytical Services
                      2672 Metro Boulevard
                      Maryland Heights, Missouri 63043

## III. EXPERT QUALIFICATIONS and BACKGROUND

### Dr. G. Fred Willard
435 Joe Hall Dr.  
Ypsilanti, MI 48197

888-772-9000  
E-mail: fwillard@cas-mi.com

**Academic Credentials:**

**Ph.D. in Organic Chemistry**     Georgia Institute of Technology  
*Specialized Studies in Organometallics and Textile Engineering*     Atlanta, Georgia

**Bachelor of Science Degree**     Marshall University  
*Major in Chemistry*     Huntington, West Virginia

**Career History:**

**Vice President – Technology**     February, 2004 – Present  
**CAS-MI Laboratories LLC**     Ypsilanti, MI
- General **management** of new site.
- Customer contact for incoming projects to **resolve consumer-related problems.**
- Expertise in formulations, **paints**, **coatings**, **inks**, and material identifications.
- Established new **business operating systems.**
- Served as **research analyst and expert witness** on customer complaint litigations.

**Director – Project Development**     November, 2003 – January, 2004  
**Chemir Analytical Services**     Maryland Heights, MO
- Received requests and distributed to staff chemists to **resolve consumer-related problems.**
- Identified materials, **analyzed for contamination** and **deformulated** plastics.
- Supervised/**conducted test protocols** on tensile, flexure, impact, and permeation properties.
- Participated on **Management Team** to optimize **business development** opportunities.
- Served as **research analyst and expert witness** on customer complaint litigations.

**Director of Quality and Technology**     2001-2003  
**SDR Plastics, Inc.**     Ravenswood, WV
- Responsible for quality and technology at two sites for plastics recycling and compounding.
- Supervised quality control laboratories, formulators, and new product development.
- Coordinated UL audits and sample submissions for UL cards on new materials.
- Served as the primary contact for complaint resolution.
- Developed and implemented new test methods in response to customer needs.
- Worked with Manufacturing to improve pellet quality, install a new die head system, streamline recycle handling, and increase line rates.



EXHIBIT A

- Worked with Sales to introduce new products: eco friendly FR PCABS, low temperature PCABS for automotive specifications, low temperature impact PC, and a special glass fiber reinforced FR PC.
- Coordinated customer trials in blending, extrusion, injection molding, and physical property testing.
- Encouraged staff to document work with technical reports.
- Conducted DOE experiments in formulation and process studies.
- Trained laboratory personnel in FTIR sampling techniques and UL FR techniques.
- Involved in creative problem solving.
- Prepared datasheets for Sales on new products.

**President/CEO**                                                                                     1999-2001
**Frontier Valley Associates/Sustainable Technologies Corp.**     St. Charles, MO/Carmel, IN
- Simultaneously served as **Chief Executive Officer** of regional start-up company and technical consulting firm; reporting directly to the Board of Directors.
- Developed strategic plans for developing and marketing novel absorbent materials for clean up of spills, while **reducing cost of production by 50%.**
- Interfaced with outside vendors in the areas of marketing, production, office/bookkeeping procedures, raw material acquisition, storage, powder blending, and packaging.
- Hired, fired, and trained all personnel for technology department and marketing support.
- Defined all polymeric absorbent formulations to optimize cost, performance, and patenting.
- **Used diverse background in polymer** synthesis, polymer formulation, polymer additives, polymer testing, and polymer processing to solve problems and assess realistic product development.
- Established and implemented **quality standards and training programs** for manufacturing plants to **enhance** customer **service**, leadership development, management process, and sales.

**Director: Material Science Section**                                                       1996-1999
**Chemir/Polytech Laboratories, Inc.**                                                       St. Louis, MO
- Received requests and distributed staff chemists to **resolve consumer-related problems** involving plastics, metals, glass and wood materials in a production environment.
- Identified materials, **analyzed for contamination** and **deformulated** plastics.
- Supervised/**conducted test protocols** on tensile, flexure, impact, and permeation properties.
- Participated on **Management Team to optimize business development** opportunities.
- Served as **research analyst and expert witness** on customer complaint litigations.
- Took initiatives to **increase product knowledge** of sales staff, new product competence led to sales increase from **$1.8M to $4M** over 36 months.

**Team Leader/Application Technologist**                                              1991-1996
**General Electric Specialty Chemicals**                                                Parkersburg, WV
- Supervised **new product development** and manufacturing in polymer division.
- Developed new products and technologies for **non-olefin and liquid phosphates.**
- Handled all international sales requests pertaining to applications for **asphaltic materials.**
- Served as **technical support in polycarbonate and polyphenylene ether applications.**
- Provided **technical service for Blendex** impact modifier products.
- Served as **key liaison between customer expectation and manufacturing** order fulfillment.
- Interfaced with test rationalization, quality development, customer trials, and redesign.
- **Multi-departmental supervision** included: sales, manufacturing, technology, and quality.
- Supervised 12 technicians in all **physical property testing.**

- Sole management responsibility for the Application Development Center, safety, building maintenance, equipment repair, and technical training.
- Acquired/monitored **$500K capital equipment overhaul** including manufacturing equipment and LAN administration network.

**Advanced Polymer Chemist**  1987-1991
**General Electric Plastics**  Pittsfield, MA

- **Specialized product development** in polymer chemistry, aromatic diamines, nylon polymers, and amorphous polymers.
- Established **patented processes for plastic utilization** in multi-layer bottles and various automotive applications.
- Products were developed for **Dusseldorf K '89 Plastics Show.**
- Identified specific customer need and developed **custom product** to fulfill orders.
- Established test strategies to confirm manufacturing while **reducing time of delivery 50%.**
- **Supervised International Pilot Plant** specializing in nylon products.
- Consulted with German engineers on construction of Pilot Plant to produce **3M pounds/year.**
- Worked with process engineers to determine **parameters and specifications for production.**

**Senior Scientist**  1978-1986
**Owens-Corning Fiberglass**  Granville, OH

- Worked with marketing department to **identify new product offering.**
- Created first rubber modified asphalt, basement wall waterproofing membrane.
- **First scientist to develop liquid crystal polymer synthesis** for pilot production.
- This new product **led to development of a new technology and an independent company.**
- Process became the basis for a joint venture project – Granmont Incorporated.
- Researched and developed **first gas curable binder system based on furan resin chemistry.**
- **Built new equipment** to demonstrate production capabilities for insulation products.
- **Constructed pilot scale machine** to impregnate and cure glass fiber mats.

## Professional Awards:

- GE Plastics' Don Jacquis Award, Marketing Technologist of the Year – 1990
- GE Plastics' 1990 Team of the Year for multilayer, one gallon container program
- GE Plastics' Pittsfield Technology Team of the Year – 1989
- Graduate Magna Cum Laude, Georgia Tech – 1978
- ACS Award for Outstanding Senior Chemistry Major – 1972
- Member Phi Eta Sigma Freshman Honorary - 1968

## Professional Memberships:

- American Chemical Society
- Society of Plastics Engineers
- Detroit Society for Coatings Technology

**Publications:**

R. Avakian, P. Gardner, H.C. Ashton, F. Willard, and G. Fields, "Stabilization Considerations in Thermoplastic Polyolefins", presented by H.C. Ashton at "Weathering of Plastics – Seminar", April 27-28, 1995, Medellin, Columbia.

P. Gardner, F. Willard, and G. Field, "Stabilization Considerations in Thermoplastic Polyolefins", SPE ANTEC 94, San Francisco, May 1-5, 1994.

G.F. Willard, "Opportunities and the Industrial Chemical Engineer", seminar presented at WVU Dept. of Chemical Engineering, April 5, 1994.

G.F. Willard, "The Application of Plastics in Gas Barrier Envelopes", seminar presented at the 1991 ASHRAE Conference, Indianapolis, June 25, 1991.

N. Caffentzis and G.F. Willard, "Gelon A100 Amorphous Nylon in Packaging Applications", Proceedings of Future-Pak '90, Eighth International Ryder Conference on Food Packaging Innovations, page 5 (September 26-28, 1990).

E.C. Ashby and G.F. Willard, "A non-isothermal kinetic study of the thermal decomposition of magnesium alkoxides and amides", **J. Organomet. Chem.**, 202, 241 (1980).

E.C. Ashby and G.F. Willard, "New, convenient, and stereospecific method for the dehydration of alcohols. Thermal decomposition of magnesium, zinc, and aluminum alkoxides", **J. Org. Chem.** 44 (8), 1221 (1979).

George Fredrick Willard, Jr., "Reactions of the alkoxides and amides of magnesium, zinc, and aluminum", Ph.D. Thesis, Georgia Institute of Technology, 1978.

E.C. Ashby and G.F. Willard, "A new, convenient, and stereospecific method for the conversion of secondary amines to primary amines and olefins. Thermal decomposition of magnesium, zinc, and aluminum amides", **J. Org. Chem.**, 43 (25), 4750 (1978).

E.C. Ashby and G.F. Willard, "Stereospecific alkylation of cyclic ketones by dialkylamino- and aryloxy (methyl) magnesium compounds", **J. Org. Chem.**, 43 (21), 4094 (1978).

A.R. Lepley, P.M. Cook, and G.F. Willard, "Proton magnesium resonance emission in the intramolecular rearrangement of a tertiary amine oxide", **J. Am. Chem. Soc.**, 92 (4), 1101 (1970).

## Product Development/Patents Received:

G. Fred Willard, "Asphalt Compositions Containing Acrylonitrile-Butadiene-Styrene Copolymer", US 5,710,196 (January 20, 1998).

G. Fred Willard, "High rubber backing multilayer ABS system which exhibits improved chemical resistance to HCFC blowing agents", US Patent 5,486,407 (January 23, 1996).

R.L. Jalbert, S. Vilasagar, W.J. Peascoe, and G.F. Willard, "Impact modifier vinyl chloride resin composition, and graft copolymer compositions", US Patent Application No. 348435 (February 12, 1994); European Application Mo. 95308182.5-2109 (November 15, 1995).

T.M. Klerks, R.S. Thayer, G.F. Willard, T.P. Dunton, and J.H.C. Young, "Multilayer Container of Polycarbonate and Amorphous Polyamide of Improved Barrier and Stress Crack Resistant Properties", US Patent 5,439,718 (August 8, 1995).

G. Fred Willard, "Multilayered structures comprising polycarbonate layers and functionalized polyamide layer," U.S. Patent 5,352, 499 (October 4, 1994).

G. Fred Willard, "Thermoformable, multilayer ABS films and equipment liners", US Patent 5,324,589 (June 28, 1994).

T.P. Dunton, R.S. Thayer, and G.F. Willard, "Multilayer container of polycarbonate and amorphous polyamide layers", CA 2097647 (February 2, 1994).

G. Fred Willard, "Retardation of crystallization of amorphous polyamide using minor amounts of polycarbonate", EP 580359 (January 26,1994).

D.L. Mendel and G.F. Willard, "Amorphous polyamide composition containing carbon black", CA 2039136 (July 11, 1992).

R.B. Allen, W. Bobal, R.C. Bopp, F.L. Sanford, and G.F. Willard, "Preparation of expandable microparticles of thermoplastic resin – by plasticizing resin, extruding and impregnating with blowing agent", CA 2030646 (June 28, 1991).

H.F. Giles, E.N. Peters, G.H. Riding, T.V. Thimons, and G.F. Willard, "Polyamides derived from toluenediamine", EP 379731 (Aug. 1, 1990); U.S. Patent 4,516,996 (May 14, 1991).

E.N. Peters, G.H. Riding, and G.F. Willard, "Polyamide from Toluenediamine", US Patent 5,015,726 (May 14, 1991).

D.L. Roberts and F. Willard, "Foamed Blends of Nylon 6,I/T and Polycarbonate", US Patent 4,999,384 (March 12, 1991).

D.W. Fox, E.N. Peters, G.H. Riding, and G.F. Willard, "Amorphous polyamide having excellent oxygen barrier properties – obtained by reacting para-xylenediamine with adipic and isophthalic acids", US Patent 4,983,719 (January 8, 1991).

D.C. Claggett, D.M. Handler, L.M. Maresca, S.J. Shafer, and G.F. Willard, "Polycarbonate container having internal layers of amorphous polyamide", US Patent 4,937,130 (June 6, 1990).

R.F. Shannon and G.F. Willard, "Plant Growing Medium", U.S. Patent 4,777,763 (October 18, 1988).

A.V. Grossi and G.F. Willard, "Asphalt Emulsions – Polyacrylamide Used as a Thickening Agent for Asphalt Emulsions (SD-90)", U.S. Patent 4,772,647 (September 20, 1988).

G.F. Willard, M.R. Wait, D.A. Hutchings, and S.K. Lauderback, "Continuous Production of Pipe from Particulate Material – Coated with Resin Curable by Acid Gas and Oxidizing Agent", U.S. Patent 4,685,873 (August 11, 1987).

E. Boudreaux, Jr., D.M. Lee, D.A. Hutchings, G.N. Sieloff, and G.F. Willard, "Melt Processable Optically Anisotropic Polymer Processing", U.S. Patent 4,668,760 (May 26, 1987).

D.M. Lee, D.A. Hutchings, G.M. Sieloff, and G.F. Willard, "1-Phenylethylhydroquinone Production from Styrene and Hydroquinone", U.S. Patent 4,661,645 (April 28, 1987).

D.A. Hutchings, G.M. Sieloff, D.M. Lee, and G.F. Willard, "Polyester Formed from Terephthaloyl Chloride, Hydroquinone, and Styrenated Hydroquinone", U.S. Patent 4,614,791 (September 30, 1986).

D.A. Hutchings, G.M. Sieloff, D.M. Lee, and G.F. Willard, "Direct Solution Polymerization of Chlorophenylene (8-17), 1-Phenylethylphenylene (33-42) Terephthalate", U.S. Patent 4,614,790 (September 30, 1986).

D.M. Lee, D.A. Hutchings, G.M. Sieloff, and G.F. Willard, "Melt Processable Optically Anisotropic Polymers", U.S. Patent 4,600,765 (July 15, 1986).

G.F. Willard and D.A. Hutchings, "Formation of Molded Glass Fiber Parts from Glass Fiber Blankets and Product", U.S. Patent 4,516,996 (May 14, 1985).

### Trials and Depositions

- Super Film of America, Inc. v. UCB Films, Inc. v. Super Film Sanayi Ve Ticaret A.S. in the United States District Court, District of Kansas, Topeka Division, Case No. 02-4146-SAC. Trial (March 23, 2005)
- Nelson Design Group, LLC v. Scoville Press, Inc. and American Spirit Graphics Corporation, State of Minnesota, County of Hennepin, District Court, Fourth Judicial District, Case No. CT 03-12977. Trial (January 27, 2006)
- Auto Juntas, S.A. (Ajusa) (Spain) v. Freundenberg-NOK General Partnership (U.S.A.) in the International Chamber of Commerce, International Court of Arbitration, Case No. 13655/CCO. Trial (October 18, 2006   Paris, France)
- Watson Standard Limited v. Dwight L. Stephens and Jamestown Paint Company in the Court of Common Pleas, Allegheny County, Pennsylvania, Case No. GD-06-25278. Trial (July 24, 2007)

- Reeves Development v. No. 2003-001508 Div.G Earnest Hamilton, Sr. et. al. in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana. Daubert Hearing (September 17, 2009)

- M&M Technologies, Inc. v. Gurtler Chemicals, Inc. in the United States District Court, District of Delaware, Civil No. 03-994 GMS. Deposition (August 3, 2005)
- Coverstar, Inc. v. Cooley, Inc. in the United States District Court, District of Utah, Central Division, Case No. 2:01 CV-0663 S. Deposition (March 31, 2006)
- Deborah Ann Savage v. Sulzer Orthopedics, Inc. and Sulzer Medica, USA in the District Court of Harris County, Texas, 152nd Judicial District, Houston, Texas. Cause No. 2001-15174-A. Deposition (April 24, 2006)
- Gabriel Performance Products, LLC v. Cognis Corporation in the Ashtabula County Court of Common Pleas Case No. 04CV353. Deposition (August 21, 2006)
- Frank Marsella and Maureen Marsella v. Monaco Coach Corporation and Chevrolet Motors, a Division of General Motors Corporation in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 05-CV-05717. Deposition (August 29, 2006)
- Deceuninck North America, LLC v. Bavarian Polymers USA, Inc. et. al. in the United States District Court, Eastern District of Arkansas, Western Division 4, Case No. 4:06CV00951 JMM. Deposition (November 9, 2006)
- Armando Munoz Ramos, et. al. v. Roberts Irrigation Products in the Superior Court, State of California, San Diego County, Case No. GIC857176. Deposition (March 29, 2007)
- Davidson Builders, et al. v. J&B Manufacturing Corp., et. al. in the Superior Court, State of California, San Diego County, Central Division, Case No. GIC 816002. Deposition (November 15, 2007)
- Schultz v. Inland Industries, Inc. et. al. in the Circuit Court, Vermillion County, Illinois, Case No. 07 L 12. Deposition (November 26, 2007)
- Innovation Fiberglass Products Inc. v. Akzo Nobel Coatings Inc. et.al. in the Superior Court of California, County of Riverside, Case No. CV06-08202 VBF(EX). Deposition (September 10, 2007)
- Mikhail Darafeev, Inc. v. Akzo Nobel Coatings Inc. et.al. in the Superior Court of the State of California, County of Los Angeles, Case No. BC353725. Deposition (March 10, 2008)
- JELD-WEN v. Glasslam in the United States District Court, Southern District of Florida, Fort Lauderdale Division, Case No. 07-22326. Deposition (March 26, 2008)
- Reeves Development v. No. 2003-001508 Div. G Earnest Hamilton, Sr. et. al. in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana. Deposition (March 26, 2008)
- Simmons Pet Food, Inc. v. The Glidden Company, d/b/a ICI Paints, d/b/a ICI Packaging Coatings, United States District Court, Western District of Arkansas, Fayetteville Division, Civil Action File No. 08-5247. Deposition (October 22, 2009)
- Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA Inc., and Wake Forest University Health Sciences v. Bluesky Medical Group, Inc., and Smith & Nephew, Inc. in the United States District Court, Western District of Texas, San Antonio Division. Deposition (November 6, 2009)

- Centurion Stone of Iowa, LLC v. Multicoat Corporation, et. al. in the Iowa District Court for Polk County No. CL108563. Deposition (May 21, 2010)

### Compensation

I am compensated at the rate of $585.00 per hour.