UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60636-CIV-COHN-SELTZER

SIGNAL TECHNOLOGY, INC.,

    Plaintiff,

vs.

PENNSUMMIT TUBULAR, LLC,

    Defendant.
_____/

## ORDER ON DEFENDANT'S PRE-TRIAL MOTIONS

**THIS CAUSE** is before the Court on Defendant's pre-trial motions. The Court has considered the motions, the parties' related submissions, the argument of counsel on August 5, 2010, the record in this case, and is otherwise advised in the premises.

For the reasons stated in open Court on August 5, 2010, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Exclude or Limit Certain Testimony of Plaintiff's Expert Witness, G. Fred Willard, PH.D. [DE 90] is **GRANTED in part and DENIED in part**. Willard will not be permitted to testify regarding the fact of whether or not the mast arms were quenched; Willard will, however, be able to testify regarding the effect of quenching. In addition, Willard will be able to testify regarding FDOT specifications and what type of conditions would require replacement under such FDOT specifications.

2. Defendant's Motion in Limine to Preclude Speculative Damages Testimony that All Mast Arms and Uprights Must be Replaced [DE 95] is **DENIED**.

3. Defendant's Motion in Limine to Exclude Testimony the Hearsay Testimony of

Dina Palmer Wascher [DE 96] is **DENIED**.

4. Defendant's Motion to Strike Affidavit of Jeffrey Kleiss and Preclude Untimely Disclosed Expert Opinion Testimony at Trial [DE 105] is **GRANTED in part and DENIED in part**. Mr. Kleiss will be able to testify regarding his observations of the mast arms. Mr. Kleiss will not be able to testify regarding his scientific testing of the mast arms, such as the measurements taken with a Titan Electronic Digital Calipher and a Westward depth gauage.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of August, 2010.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record via CM/ECF